PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRETT KILLING, ) | |
| ) | CASE NO. 4:21CV0507 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| CRAFT AUTOMOTIVE ) | |
| REPAIR, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | **DEFAULT JUDGMENT** |

For the reasons set forth in the Order filed contemporaneously with this Default Judgment, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment is hereby rendered in favor of Plaintiff Brett Killing against Defendants Craft Automotive Repair, LLC and Frank Wertenbach, jointly and severally, in the amount of Sixteen Thousand Four Hundred Twenty-eight and 84/100 Dollars ($16,428.84) which represents: (1) Three Thousand Six Hundred Fifty-eight and 42/100 Dollars ($3,658.42) in unpaid minimum and overtime wages; plus (2) Three Thousand Six Hundred Fifty-eight and 42/100 Dollars ($3,658.42) in minimum and overtime wage liquidated damages; plus (3) Four Hundred Two Dollars ($402) for the costs of the action; plus (4) Eight Thousand Seven Hundred Ten Dollars ($8,710) in attorney's fees, and post-judgment interest at the federal statutory interest rate pursuant to 28 U.S.C. § 1961.

(4:21CV0507)

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Default Judgment constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.


   August 31, 2021                                        */s/ Benita Y. Pearson*
Date                                                  Benita Y. Pearson
                                                        United States District Judge

## CERTIFICATE OF SERVICE

A copy of the foregoing Default Judgment was filed electronically this 31st day of August, 2021. Notice of this filing will be sent to Christopher P. Wido, Esq. by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of this Default Judgment has also been sent by regular mail this 31st day of August, 2021 to Craft Automotive Repair, LLC d.b.a. "Auto Pros OH," c/o Frank Wertenbach, Statutory Agent, 4506 Belmont Avenue, Youngstown, Ohio 44505; and Frank Wertenbach, 4506 Belmont Avenue, Youngstown, Ohio 44505.


   August 31, 2021                                          */s/ Benita Y. Pearson*
Date                                                  Benita Y. Pearson
                                                        United States District Judge